motion for post-conviction relief, but need not be itemized. *Jones v. State,* 604 S.W.2d 607, 609 (Mo.App.1980). What is required is that the findings be sufficient for an appellate court to determine from them whether they are clearly erroneous. *Cherry v. State,* 625 S.W.2d 681, 682 (Mo. App.1981). Movant specifically claims there was no finding of fact on "Point 28." Point 28 merely claims trial error in overruling a pretrial motion in limine to prevent the testimony of a witness. Such motion is preliminary and subject to trial court objection. For this reason a ruling on the motion is not a ground for error on direct appeal. In any event this allegation is not reviewable under a 27.26 motion. It therefore makes no difference whether or not the trial court made a finding on the claim.

DOWD, P.J., and SIMEONE, J., concur.

St. Louis affirming the Division of Family Services' decision to deny appellant McClure's application for energy assistance benefits on the basis that McClure had failed to provide information relating to the financial status of his niece, a member of his household. The trial court found that the agency's decision was supported by competent and substantial evidence that appellant had failed to comply with the requirements for the receipt of benefits and was therefore not entitled to such benefits. We agree. No error of law or abuse of discretion appears, and an extended opinion would serve no jurisprudential purpose.

The judgment is affirmed in accordance with Rule 84.16(b). Respondent's motion to dismiss the appeal for failure to comply with our rules, which was taken with the case, is denied.

**Walter McCLURE, Plaintiff-Appellant,**

v.

**DIVISION OF FAMILY SERVICES, et al., Defendant-Respondent.**

No. 52340.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 19, 1987.

Walter McClure, pro se.

Ofelia Manalag, Jefferson City, for defendant-respondent.

#### ORDER

PER CURIAM.

Walter McClure brings this appeal from an order of the Circuit Court of the City of

**Martha L. FITZGERALD, Appellant,**

v.

**DON DARR FORD, INCORPORATED, and Charles R. Thomson, Respondents.**

No. 52203.

Missouri Court of Appeals,
Eastern District,
Division One.

May 19, 1987.

